IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01123-PSF-OES

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING DISMISSAL OF NOMINAL DEFENDANT
AND AMENDING CAPTION**

---

This matter is before the Court on the parties' Stipulation for Voluntary Dismissal (Dkt. # 5). The Court hereby ORDERS that Nominal Defendant Norma Garcia is dismissed from this case with prejudice. It is

FURTHER ORDERED that the caption of this case is amended to reflect the dismissal of the nominal defendant, as set forth above.

DATED: June 29, 2005

                BY THE COURT:

                s/ Phillip S. Figa
                _____
                Phillip S. Figa
                United States District Judge