IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.: 05-cv-1123-PSF-OES

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL, WITH PREJUDICE,
OF PLAINTIFF'S FOURTH CLAIM FOR RELIEF**

---

This matter, coming before the Court upon the Stipulation for Voluntary Dismissal, With Prejudice, of Plaintiff's Fourth Claim for Relief (Dkt. # 22), executed by counsel for the plaintiff and by counsel for the defendant, and the Court having reviewed the Stipulation and being fully advised, it is hereby

ORDERED that the Stipulation is accepted. Plaintiff's Fourth Claim for Relief (for bad faith) shall be DISMISSED with prejudice from this action.

DATED: December 6, 2005

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge