IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01123-PSF-OES

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

    Defendant.

---

### ORDER OF WITHDRAWAL OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

---

    This matter, coming before the Court upon Defendant's Unopposed Motion for Withdrawal of Motion for Partial Summary Judgment (Dkt. # 21), and the Court having reviewed the motion and being fully advised, it is hereby

    ORDERED that Defendant State Farm's Unopposed Motion for Withdrawal of Defendant's Motion for Partial Summary Judgment is GRANTED.  The Motion for Partial Summary Judgment shall be withdrawn from the Court's docket.

    DATED:  December 6, 2005

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge