IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01123-PSF-MEH

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

---

## ORDER TO AMEND CAPTION

---

Pursuant to the parties' Stipulated Motion to Amend the Caption (Dkt. # 31), this Court hereby allows the amendment of the caption as set forth above.

DATED: March 27, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge