IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01123-PSF-MEH

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 15, 2006.**

    For good cause shown, Plaintiff's Unopposed Motion to Amend Scheduling Order [Filed June 14, 2006; Docket #46] is **granted**. The discovery deadlines are modified as follows:

| | |
|---|---|
| Discovery deadline: | June 30, 2006 |
| Dispositive Motion deadline: | August 1, 2006 |
| Final Pretrial Conference: | August 14, 2006 at 9:30 a.m. |