UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-01123-PSF-MEH

SAMUEL J. STOORMAN,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, having reviewed the Stipulation and being fully apprised in the premises:

HEREBY ORDERS that the within action be and hereby is dismissed with prejudice, each party to pay its own costs, inasmuch as it appears to the Court from the stipulation of counsel that a compromise of all pending claims existing between all parties has been concluded.

DATED this 22nd day of August, 2006.

                                                BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____

                                              Phillip S. Figa
                                              United States District Judge